# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SHARON M. CARLSEN**                                             **PLAINTIFF**

**v.**                  **CASE NO. 1:17-CV-00081 BSM**

**SOCIAL SECURITY ADMINISTRATION**                      **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 12] is adopted without objection. Accordingly, the Commissioner's decision is affirmed, and plaintiff Sharon Carlsen's complaint [Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED this 18th day of March 2019.

_____
UNITED STATES DISTRICT JUDGE